# IN THE SUPREME COURT OF THE STATE OF DELAWARE

IRONWORKERS DISTRICT
COUNCIL OF PHILADELPHIA &
VICINITY RETIREMENT &
PENSION PLAN,

     Plaintiff Below-Appellant,

     v.

LAMBERTO ANDREOTTI, BART
BAUDLER, JOHN BEDBROOK,
SAMUEL W. BODMAN, JAMES
BOREL, RICHARD H. BROWN,
ROBERT A. BROWN, DENNIS
BYRON, BERTRAND P.
COLLOMB, THOMAS M.
CONNELLY, DANIEL J.
COSGROVE, CURTIS J.
CRAWFORD, ALEXANDER
M. CUTLER, JOHN T. DILLON,
ELEUTHERE  I. DU PONT, ERIK
FYRWALD, MARILLYN A.
HEWSON, CHARLES O.
HOLLIDAY, ROBERT C.
IWIG, DANIEL E. JACOBI, LOIS D.
JULIBER, JEFFREY L. KEEFER,
ELLEN KULLMAN, MICHAEL
LASSNER, TRACY LINBO, CARL
J. LUKACH, JUDITH MCKAY,
WILLIAM NIEBUR, DEAN
OESTREICH, WILLIAM K.
REILLY, THOMAS L. SAGER,
PAUL SCHICKLER, JOHN SOPER,
LEE M. THOMAS, PATRICK J.
WARD,

     Defendants Below-Appellees,

No. 286, 2015

Court Below: Court of Chancery
of the State of Delaware

C.A. No. 9714-VCG

and                    §
                          §

E. I. DU PONT DE NEMOURS AND  §
COMPANY,                    §
                          §
    Nominal Defendant Below-  §
    Appellee.                §

Submitted:   January 27, 2016
Decided:     January 28, 2016

Before **STRINE**, Chief Justice; **HOLLAND**, **VAUGHN**, **SEITZ**, Justices; and **MEDINILLA**, Judge,[*] constituting the Court *en Banc*.

## O R D E R

This 28th day of January 2016, having considered this matter on the briefs filed by the parties and after oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons assigned in its May 8, 2015 decision.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice

---

[*] Sitting by designation under Del. Const. art. IV, § 12.
[1] *Ironworkers Dist. Council of Phila. & Vicinity Ret. & Pension Plan v. Andreotti*, 2015 WL 2270673 (Del. Ch. May 8, 2015).